**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 220 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAVID MARTINEZ, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 8th day of August, 2018, the Petition for Allowance of Appeal is DENIED.